## RECONSIDERATION DOCKET

**97–1998. Fred Siegel Co., L.P.A. v. Arter & Hadden.**
Cuyahoga App. No. 71440. Reported at 85 Ohio St.3d 171, 707 N.E.2d 853. On motion for reconsideration. Motion denied.
DOUGLAS, PFEIFER and COOK, JJ., dissent.

**98–2646. Kirksey Muhammad v. Marc Glassman, Inc.**
Cuyahoga App. No. 72520. Reported at 85 Ohio St.3d 1440, 708 N.E.2d 207. On motion for reconsideration. Motion denied.

**99–1. Mainwold Bros., Inc. v. Ziarno.**
Lucas App. No. L–97–1429. Reported at 85 Ohio St.3d 1441, 708 N.E.2d 208. On motion for reconsideration. Motion denied.

**99–55. Hampel v. Food Ingredients Specialties.**
Cuyahoga App. No. 73143. Reported at 85 Ohio St.3d 1446, 708 N.E.2d 211. On motion for reconsideration of April 7, 1999 judgment declining jurisdiction of cross-appeal. Motion denied.
MOYER, C.J., DOUGLAS and COOK, JJ., dissent.

**99–83. Wickford Metal Products v. Tri–Village Church of Christ, Inc.**
Licking App. No. 98CA47. Reported at 85 Ohio St.3d 1447, 708 N.E.2d 212. On motion for reconsideration. Motion denied.
DOUGLAS, J., dissents.

**99–232. State ex rel. McGilvery v. Caltrider.**
In Mandamus. Reported at 85 Ohio St.3d 1439, 708 N.E.2d 207. On motion for reconsideration. Motion denied.